In the Matter of Federico Ortiz, Appellant, v Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Decided February 16, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

The People of the State of New York ex rel. Kenneth Grafton, Appellant, v Michael Sposato, Respondent.

Submitted January 17, 2017; decided February 16, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 907 (2016)]. Motion for poor person relief dismissed as academic.

Judge Wilson taking no part.

Ivana Peraica, as Administratrix for the Estate of Ivo J. Peraica, Deceased, et al., Respondents, v A.O. Smith Water Products Co. et al., Defendants, and Crane Co., Appellant.

Submitted January 3, 2017; decided February 16, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Whitfield v City of New York*, 90 NY2d 777, 780-781 [1997]).